Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax:  (559) 459-0656

Attorney for Rafael Zaragoza

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Rafael Zaragoza,<br><br>Defendant. | CASE No:  1:20-CR-00175-DAD<br><br>REQUEST FOR MODIFICATION OF PRETRIAL RELEASE CONDITION OF NO ASSOCIATION<br>ORDER THEREON<br><br>Judge Hon. Stanley A. Boone |

   IT IS HEREBY REQUESTED that a pretrial Release Modification be granted to allow a change in the "not associate" condition of Rafael Zaragoza's Pretrial Release Conditions.  It is respectfully requested that Mr. Zaragoza be allow to associate with co-defendant Ms. Anna Jimenez-Ambriz.

   The Eastern District of California held a Detention Hearing on Mr. Zaragoza's matter on October 20, 2020 during which Mr. Zaragoza was released from custody with release conditions. Mr. Zaragoza was ordered to not associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the PSO.

   At the time of Mr. Zaragoza's arrest, he and Ms. Jimenez-Ambriz had been in a dating relationship for two years and had been living together for the last six months of the relationship. The proposed modification of no association with co-defendants is as follows:

   The defendant is not to associate or have any contact with co-defendants, except Ms. Anna

1

Concepcion Jimenez-Ambriz, unless in the presence of counsel or otherwise approved in advance by the PSO.

DATED: March 1, 2021

          /s/Barbara Hope O'Neill
          Barbara Hope O'Neill
          Attorney for Rafael Zaragoza

## ORDER

GOOD CAUSE APPEARING, the above request that conditions of Pretrial Release as to Rafael Zaragoza in Case No. 1:20-cr-00175-DAD are modified as follows:

1. Not to associate or have any contact with co-defendants, except Ms. Anna Jimenez-Ambriz, unless in the presence of counsel or otherwise approved in advance by the PSO.
2. All other pretrial Conditions of Release will remain in full force and effect.

IT IS SO ORDERED.

Dated: **March 2, 2021**

UNITED STATES MAGISTRATE JUDGE

2