PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL ZARAGOZA,<br><br>Defendant. | CASE NO. 1:20-CR-00175-NODJ-BAM<br><br>STIPULATION TO VACATE TRIAL AS TO RAFAEL ZARAGOZA AND SET CASE FOR CHANGE OF PLEA AND ORDER THEREON |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial on May 14, 2024, at 8:30 a.m.

2. By this stipulation, defendant now moves to vacate the trial as to RAFAEL ZARAGOZA and to **set the case for a change of plea hearing on May 13, 2023 at 8:30 a.m**. The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery associated with this case includes case includes voluminous investigative reports, wire interceptions recordings and electronic messages, precise location information data, and cellular phone downloads, totaling thousands of pages of discovery and several gigabytes of electronic data.

   b) Defense counsel requests the additional time to prepare for the change of plea hearing and meet with her client.

   c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Time has already been excluded to May 14, 2024.  But the parties further believe that time should be excluded, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time through the change of plea hearing on May 13, 2024, from calculations under the Speedy Trial Act.

IT IS SO STIPULATED.

Dated:  February 20, 2024       PHILLIP A. TALBERT
                   United States Attorney

                By: /s/ JUSTIN J. GILIO
                   JUSTIN J. GILIO
                   Assistant United States Attorney

Dated: February 20, 2024       /s/ *Barbara O'Neill*
                   Attorney for Defendant Rafael Zaragoza

**ORDER**

IT IS SO ORDERED that the jury trial set for May 14, 2024 and trial confirmation set for April 29, 2024, as to Defendant Zaragoza, ONLY, are vacated. A change of plea hearing, as to Defendant Zaragoza, ONLY, is set for **May 13, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **February 20, 2024**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE