PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00175-NODJ-BAM |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND ORDER THEREON |
| v. | |
| RAFAEL ZARAGOZA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on July 15, 2024, at 8:30 a.m. The defendant now seeks to continue the change of plea hearing to July 17, 2024, at 8:30 a.m. The proposed change of plea date represents the earliest date that the court and all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing.

2. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes case includes voluminous investigative reports, wire interceptions recordings and electronic messages, precise location information data, and cellular phone downloads, totaling thousands of pages of discovery and several gigabytes of electronic data.

   b) Defense counsel requests the additional time to prepare for the change of plea

hearing and meet with her client. Defense counsel needs the additional time to conduct further investigation as well as to review the plea agreement with her client.

      c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      The parties agree that time should be excluded, in that failure to grant the continuance would unreasonably deny the defendant continuity of counsel, and unreasonably deny both the defendant and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time through the change of plea hearing on July 17, 2024, from calculations under the Speedy Trial Act.

IT IS SO STIPULATED.

Dated: June 28, 2024                              PHILLIP A. TALBERT
                                                    United States Attorney

                                              By:  /s/ JUSTIN J. GILIO
                                                      JUSTIN J. GILIO
                                                      Assistant United States Attorney

Dated: June 28, 2024                              /s/ *Barbara O'Neill*
                                                      Attorney for Defendant Rafael Zaragoza

**O R D E R**

IT IS SO ORDERED that the change of plea hearing is continue from July 15, 2024 to **July 17, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

IT IS SO ORDERED.

Dated:   **July 2, 2024**               /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE